# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 94-00506-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
   Plaintiff,

v.

DERGIO GODOY,
   Defendant.

-------------------------------------------/

## ORDER ADOPTING REPORT AND
## RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation

Office that the above named defendant violated the conditions of supervision and upon the report

and recommendations of a United States Magistrate Judge.  Upon consideration, it is

   **ORDERED** and **ADJUDGED** that:

   1.  The Magistrate Judge's report and recommendations are **adopted**.

   2.  A sentencing hearing will be conducted on **Tuesday, May 27, 2008,** at **9:00 a.m.,** in

courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

   **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 9th day of

May, 2008.

**copy furnished:**
AUSA Carolyn Bell
AFPD Vincent Farina
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge