UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-00506-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SERGIO GODOY,
    Defendant.
_____/

## *JUDGMENT ORDER UPON A VIOLATION OF SUPERVISED RELEASE*

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. On May 27, 2008, the court held a hearing and subsequently concluded that the defendant, after being placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, violated the conditions of supervision. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

The term and conditions of supervision previously imposed are **reinstated** with the following **Added Condition**:

The defendant shall participate in an approved outpatient drug / alcohol treatment program as directed by the United States Probation Office. The defendant shall contribute to the costs of services rendered (copayment) in an amount to be determined by the United States Probation Office,

based on ability to pay or availability of third-party payment.

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __28__ day of May, 2008.

**copy furnished:**
AUSA Carolyn Bell
AFPD Vincent P. Farina
United States Probation Office

                                          Daniel T. K. Hurley
                                          United States District Judge